

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER A. MCKEON,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF CORRECTIONS, MIKE FERRITER, et al.,<br><br>Defendants. | No. CV-09-00082-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendations[1] on January 26, 2010. Plaintiff filed objections on February 18,

---

[1] Document No. 11.

2010[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Amended Complaint[3] is DISMISSED for failure to state a claim upon which relief may be granted.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. Any appeal of this disposition will not be taken in good faith. Fed.R.App. 24(a)(3)(A).

4. The Clerk of Court is directed to close this matter and enter judgment accordingly.

DATED this 2nd day of March, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document No. 12.

[3] Document No. 10.